IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Page, Samantha

Printed: 6/3/08

Case Number: 08 B 05810
Judge: Hollis, Pamela S
Filed: 3/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. Wells Fargo Auto Finance | Secured | 27,494.80 | 0.00 |
| 3. Capital One | Unsecured | 1,087.07 | 0.00 |
| 4. Wells Fargo Auto Finance | Unsecured | 2,150.87 | 0.00 |
| 5. RJM Acquisitions LLC | Unsecured | 81.27 | 0.00 |
| 6. Bally Total Fitness | Unsecured |  | No Claim Filed |
| 7. HSBC Auto Finance | Unsecured |  | No Claim Filed |
|  |  | $ 30,814.01 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

